# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | Gloudina Maria Robbertse | JUVENILE: | No |
| DEFENSE ATTORNEY: | | CR 18-0281-EJL | |
| Address: | | PUBLIC or SEALED: | Public |
| | U.S. COURTS SEP 11 2018 Rcvd___Filed___Time___ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO | SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| Telephone No.: | | ISSUE: | Yes |
| INVESTIGATIVE AGENT: | Richard H. Cross Special Agent | INTERPRETER: | No |
| Telephone No.: | (208) 573-2281 | If YES, language: | |
| AGENCY: | Homeland Security Investigations | | |
| CASE INFORMATION: | | RELATED COMPLAINT: CASE NUMBER: | No |

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | Indictment | | |
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 5 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1343, 1349 | 1 | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1343 | 2 – 19 | Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. §§ 1028A and 2 | 20 – 37 | Aggravated Identity Theft | Mandatory minimum of 2 years in prison consecutive to other non-1028A counts, 1 year supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. §2461(c) 18 U.S.C. § 982(a) | Forfeiture Allegation | Fraud Forfeiture | Forfeiture of Property |

Assistant U.S. Attorney:

Date: 11 September 2018

HEATHER S. PATRICCO

Telephone No.: (208) 334-1211