# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Chantelle Charne Robbertse | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | CR 18-0281-EJL |
| **Address:** | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| **Telephone No.:** | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Richard H. Cross, Special Agent | **INTERPRETER:** No |
| **Telephone No.:** (208) 573-2281 | **If YES, language:** |
| **AGENCY:** Homeland Security Investigations | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No |
| | **CASE NUMBER:** |

U.S. COURTS
SEP 11 2018
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| **Felony:** Yes | | **County of Offense:** Ada | |
| **Class A Misdemeanor:** No | | **Estimated Trial Time:** 5 days | |
| **Class B or C Misdemeanor:** No (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1343, 1349 | 1 | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1343 | 2 – 19 | Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. §§ 1028A and 2 | 20 – 37 | Aggravated Identity Theft | Mandatory minimum of 2 years in prison consecutive to other non-1028A counts, 1 year supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. §2461(c) 18 U.S.C. § 982(a) | Forfeiture Allegation | Fraud Forfeiture | Forfeiture of Property |

**Assistant U.S. Attorney:**

**Date:** 11 September 2018

**HEATHER S. PATRICCO**
**Telephone No.:** (208) 334-1211