# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA  
v.  
CHANTELLE CHARNE ROBBERTSE

**WARRANT FOR ARREST**

CASE NUMBER: **1:18-cr-281-EJL-2**

To: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHANTELLE CHARNE ROBBERTSE** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §§ 1343, 1349 CONSPIRACY TO COMMIT WIRE FRAUD  
18 U.S.C. § 1343 WIRE FRAUD  
18 U.S.C. §§ 1028A AND 2 AGGRAVATED IDENTITY THEFT

United States Courts  
District of Idaho  
**ISSUED**  
Carrie Smith  
on Sep 12, 2018 12:01 pm

Carrie Smith, Deputy Clerk  
Name and Title of Issuing Officer

September 12, 2018  
Date

---

**RETURN**

This warrant was received 9-12-18 and executed with the arrest of the above-named individual at Meridian, ID.

_[signature]_  
Signature of Arresting Officer

9-14-18  
Date of Arrest

Rick Pattee, HSI Boise  
Name & Title of Arresting Officer