# CRIMINAL PROCEEDINGS - Change of Plea

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Edward J. Lodge  
Case No. 1:18-cr-281-EJL-2  
Time: 3:18 p.m. - 3:41 p.m.  
Location: Boise, Idaho  

Date: December 6, 2018  
Courtroom Deputy: Sunny Trumbull  
Court Reporter: Lisa Yant  

**UNITED STATES OF AMERICA vs**. Chantelle Charne Robbertse

    Counsel for    United States: Heather Patricco, AUSA  
                        Defendant: Jay Kiiha, CJA counsel

The Court noted for the record that the Court has been advised the defendant will be entering a plea of guilty to count 31 of the Indictment.

Defendant - Sworn

Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and her attorney's advice.

Counsel for the Government stated for the record the elements and evidence of the charge. The defendant understands the maximum penalties and elements of the charge and agree with Ms. Patricco's statement as to the factual elements.

Defendant's Constitutional Rights explained and defendant stated she understood her rights.

Each of Counsel agreed with the maximum penalties as stated by the Court.

Defendant and counsel advise the change of plea is knowledgeable and voluntary, have discussed potential defenses and understand the rights which are being given up and enter a plea of guilty to count 31 of the Indictment.

**Plea accepted. Sentencing set before Judge Edward J. Lodge:** February 21, 2019 at 2:30  
    Court ordered a presentence investigation report.  
        Original report to Counsel: January 10, 2019  
        Notification of Objections: January 24, 2019  
        Final Report Due: February 7, 2019

Letters for the Court's consideration should be submitted to the Probation Officer along with any Objections. In the exceptional case where letters are not provided to the Probation Officer before the filing of the final PSR, counsel must file the letters with the Court and such letters must be filed no later than seven (7) days prior to the date of sentencing.

Sentencing memoranda shall be filed no later than seven (7) days prior to the date of sentencing. If the memoranda contains information that is sensitive or private, then the filing party must file the sentencing memoranda under seal. The filing party must provide the basis for filing the memoranda under seal either in the memoranda itself or in a separate motion to seal.

Counsel shall advise the courtroom deputy at least fourteen(14) days prior to the date of sentencing if a sentencing hearing is expected to last longer than one hour.

Defendant is released under the same terms and conditions as previously imposed by the Magistrate Court.