CRIMINAL PROCEEDINGS - Sentencing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Edward J. Lodge  Date: June 11, 2019
Case No. 1:18-CR-281-EJL-2  Deputy Clerk: Sunny Trumbull
Court Reporter: Lisa Yant  Place: Boise, ID
Time: 10:06 - 10:38 a.m.

UNITED STATES OF AMERICA vs. Chantelle Charne Robbertse

    Probation Officer: Nate Hudson and Caitlyn O'Very
    Counsel for United States: Heather Patricco
    Defendant(s): Jay Kiiha, CJA counsel

Court reviewed case history in this matter. Presentence report adopted by the Court. The Court finds an offense level of 0, a criminal history of 1 and a minimum mandatory of 24 months imprisonment.

Trevor Kaplan made statements to the Court.

Ms. Patricco presented arguments and recommendations to the Court on behalf of the Government and recommended a sentence of 24 months imprisonment.

Mr. Kiiha presented arguments and recommendations to the Court on behalf of the defendant and recommended a sentence of home confinement or that the defendant be allowed to self surrender at a later date.

The Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for term of 24 months.

The Court waived the fine and imposed a $100 special assessment and $475,350.28 in restitution.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 1 year. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. Supervised release is imposed upon the following terms and conditions:

The defendant shall not commit another federal, state or local crime.

The defendant shall not possess a firearm, ammunition, destructive device or other dangerous weapon.

The defendant shall comply with all special conditions as outlined in part D of the pre sentence investigation report.

The Court advised Counsel to review all conditions with the defendant to be sure the defendant understands each of the conditions.

Government moved to dismiss counts 1-30 and 32-37. So ordered.

Court advised the defendant of her rights to appeal.

Defendant ordered to voluntarily surrender after direction from the Bureau of Prisons.