UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHANTELLE CHARNE ROBBERTSE,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 1:20-cv-00147-DCN<br>1:18-cr-00281-DCN<br><br>**JUDGMENT** |

Based upon the Court's Order filed concurrently herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed by **CHANTELLE CHARNE ROBBERTSE**, is **DISMISSED** and Case No. 1:20-cv-00147-DCN is **DISMISSED** with prejudice and **CLOSED**.

DATED: June 16, 2021

David C. Nye
Chief U.S. District Court Judge