PROB34
Rev. 09/10

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANTELLE ROBBERTSE | REPORT AND ORDER TERMINATING SUPERVISED RELEASE<br><br>DKT. NO. 0976 1:18CR00281-002 |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on 3/25/2022, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

Crystal Ellenburg
2022.03.28 09:44:17
-06'00'

U.S. Probation Officer

## ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

DATED: March 28, 2022

**David C. Nye**
Chief U.S. District Court Judge